UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID YOUNG,

        Plaintiff,
v.                                        Case No. 8:09-cv-1284-T-33TBM

TAMPA MAID FOODS, INC.,

        Defendant.
_____/

## **ORDER APPOINTING MEDIATOR**

Pursuant to the Notice of Mediation (Doc. # 22) filed on May 14, 2010, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator**:    Richard W. Smith, Esq.
    **Address**:                Fisher, Rushmer, Werrenrath, Dickson,
                                  Talley & Dunlap
                                  20 N. Orange Ave., Suite 1500
                                  Orlando, Florida 32801
    **Telephone**:            (407) 843-2111

By agreement of the parties, the mediation conference is scheduled to occur at **10:00 a.m.** on **June 2, 2010,** at Executive Suites of Lakeland, 1102 S. Florida Ave., Lakeland, Florida 33803. Counsel are reminded of their obligations to comply with

the provisions of the Local Rules of the Middle District of Florida.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>17th</u> day of May, 2010.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record